UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMC CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>PARALLEL IRON, LLC.,<br><br>      Defendant. | Case No. 12-cv-11096-DPW<br><br>**DEMAND FOR JURY TRIAL** |

**JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

At Defendant Parallel Iron, LLC's ("Parallel Iron") request, the parties jointly move that this Court extend by 30 days, until August 10, 2012, the time for Parallel Iron to answer, move or otherwise respond to the Complaint in the above-captioned action.

Respectfully submitted,

July 6, 2012

By: s\ Samuel L. Brenner
Dalila A. Wendlandt (BBO # 639280)
Samuel L. Brenner (BBO # 677812)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
*dalila.wendlandt@ropesgray.com*
*samuel.brenner@ropesgray.com*
Tel.: (617) 951-7884
Fax: (617) 951-7050

Jesse J. Jenner, *pro hac vice*
Josef Schenker, *pro hac vice*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
*jesse.jenner@ropesgray.com*
*josef.schenker@ropesgray.com*

-2-

        Tel.: (212) 596-9000
        Fax: (212) 596-9090

        Nicole M. Jantzi, *pro hac vice*
        ROPES & GRAY LLP
        One Metro Center
        700 12th Street, NW
        Washington, DC 20005
        *nicole.jantzi@ropesgray.com*
        Tel.: (202) 508-4668
        Fax: (202) 508-4650

        Krishnendu Gupta, *pro hac vice*
        William R. Clark, *pro hac vice*
        EMC Corporation
        176 South Street
        Hopkinton, MA 01748
        *krish.gupta@emc.com*
        *william.clark@emc.com*
        Tel.: (508) 435-1000

    *Attorneys for EMC Corporation*

        Hao Ni
        NI LAW FIRM, PLLC
        3102 Maple Ave, Suite 400
        Dallas, TX 75201
        *hni@nilawfirm.com*
        Tel.: (214) 800-2208
        Fax: (214) 800-2209

        Marc Fenster
        Adam Hoffman
        RUSS AUGUST & KABAT
        12424 Wilshire Boulevard, 12th Floor
        Los Angeles, CA 90025
        *mfenster@raklaw.com*
        *ahoffman@raklaw.com*
        Tel.: (310) 826-7474
        Fax: (310) 826-6991

    *Attorneys for Parallel Iron, LLC*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing has been electronically filed using the CM/ECF system and that paper copies will be sent via first class mail to those indicated as non-registered participants on July 6, 2012.

| | |
|---|---|
| Dated: July 6, 2012 | By: __/s Samuel L. Brenner_____ <br> Samuel L. Brenner (BBO # 677812) <br> ROPES & GRAY LLP <br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199 <br> *samuel.brenner@ropesgray.com* <br> Tel.: (617) 951-7120 |